DONALD J. O'MARA III et al., Respondents, v TOWN OF WAPPINGER, Appellant.

Submitted September 4, 2007; decided September 6, 2007

Motion by Association of Towns of State of New York for leave to file a brief amicus curiae on consideration of the certified

question herein granted. Two copies of the brief may be served and 24 copies filed within seven days.